UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

      - v -

Jose Urena,

      Defendant.

- - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

**07 CRIM. 526**

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       June 12, 2007

MICHAEL J. GARCIA
United States Attorney

By: _____
Julian J. Moore
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Osvaldo Gonzalez
Attorney for Jose Urena

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 12 2007

TOTAL P.02