UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA     :     07CRIM 526

    v.     :

Jose Urena
Ramon Casares,     :     07 Cr.   (CM)

    Defendant.     :

----------------------------------X

    The above-named defendants, who are accused of violating Title 7, United States Code, Sections 2024(b)(1) and 2016, being advised of the nature of the charge and of their rights, hereby waive, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____     _____
Defendant                     Defendant

_____     _____
Witness                       Witness

_____     _____
Counsel for Defendant         Counsel for Defendant

Date:  New York, New York
       June 12, 2007

                    e McMahon



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 12 2007

0202