UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :        07 CRIM 526

    v.        :

Jose Urena
Ramon Casares,        :        07 Cr.

        Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    The above-named defendants, who are accused of violating Title 7, United States Code, Sections 2024(b)(1) and 2016, being advised of the nature of the charge and of their rights, hereby waive, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____        _____
Defendant                                   Defendant

_____        _____
Witness                                       Witness

_____        _____
Counsel for Defendant              Counsel for Defendant

Date:   New York, New York
        June 12, 2007

Judge McMahon

