

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

June 28, 2007

**BY FACSIMILE**
The Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Jose Urena and Ramon Caseres**
           07 Cr. 526 (CM)

Dear Judge McMahon:

    Enclosed please find a copy of the information in the above-referenced case. The defendants were presented and arraigned before the Honorable Debra C. Freeman, United States Magistrate Judge. A pre-trial conference is scheduled before Your Honor on July 20, 2007 at 10:00 a.m.

    The Government respectfully requests that the Court exclude time until the date of the next pre-trial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. Both defendants consent to the Government's request.

                                Respectfully Submitted,

                                MICHAEL J. GARCIA
                              United States Attorney

              By:        */s/ Julian J. Moore*
                        JULIAN J. MOORE
                        Assistant United States Attorney
                        (212) 637-2473

cc:    Osvaldo Gonzalez, Esq. (by facsimile)
       Matthew Kluger, Esq. (by facsimile)

CHAMBERS OF
COLLEEN McMAHON