UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

JOSE URENA, and
RAMON CASARES,

    Defendants.

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION**
**07 CR 526**

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSA Julian Jamal Moore, who is already on the case, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
  Southern District of New York

by: /s/ Mark Lanpher
    Mark Lanpher
    Assistant United States Attorney
    (212) 637-2399

TO: Osvaldo Gonzales
    Matthew J. Kluger