



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/31/07 |

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 30, 2007

**BY HAND DELIVERY**

10/31/07
The adjournment is
granted.
Colleen McMahon

The Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Jose Urena,
             07 cr 526 (CM)

Dear Judge McMahon:

      The Government has been informed by Your Honor's deputy that the status conference scheduled for October 30, 2007, at 9:45 a.m., has been adjourned at the request of defense counsel until December 4, 2007, at 9:30 a.m. The Government respectfully requests that the Court exclude time from October 30, 2007, until December 4, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue discussions regarding a possible disposition of this case. Defense counsel consents to this request for the exclusion of time.

                                Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

                 By:          /s/ Mark Lanpher
                              Mark Lanpher
                              Assistant United States Attorney
                              (212) 637-2399

cc:    Osvaldo Gonzalez, Esq.